HENRY ARNOW, Respondent, *v.* CARMEL REALTY COMPANY, Appellant.

*Arnow* v. *Carmel Realty Co.*, 177 App. Div. 899, affirmed.
(Argued January 28, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 23, 1917, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged contract for the sale of real property. The complaint alleged that one Anna Yanover entered into an agreement with the defendant in writing for the sale of certain farm land located in the county of Richmond, city of New York, comprising some forty acres; that this contract was assigned by said Anna Yanover to one Samuel Seinfel, and by Seinfel to the plaintiff; that subsequently the date for closing title was adjourned, the plaintiff at that time paying $500 on account of the purchase price, and thereafter the closing date was again adjourned, a further sum of $500 being then paid on account of the purchase price. The complaint then alleges that on the adjourned closing day the plaintiff tendered the balance of the purchase price, but that the defendant failed to convey said premises by a proper deed, as provided for in said agreement. Demand was made for a decree of specific performance of said agreement, or, in the alternative, for money damages consisting of the payments made on account of the purchase price and the expenses entailed in searching the title to the premises in question. The defendant, in its answer, denied that it

refused to complete the said contract or that the plaintiff suffered damage.

*I. Maurice Wormser, Max Monfried* and *William Macy* for appellant.

*David Vorhaus, Charles Goldzier* and *Simon Pollock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.